A99A2352. BRANTLEY v. THE STATE.
(543 SE2d 406)

JOHNSON, Chief Judge.

The decision of the Court of Appeals in this case having been affirmed in part and reversed in part by the Supreme Court, *Brantley v. State*, 272 Ga. 892 (536 SE2d 509) (2000), our decision in *Brantley v. State*, 242 Ga. App. 85, 86 (1) (b) (528 SE2d 264) (2000), is hereby vacated in part, and the judgment of the Supreme Court is made the judgment of this court.

*Judgment reversed. Phipps and Mikell, JJ., concur.*

---

DECIDED NOVEMBER 29, 2000.

*Gerard B. Kleinrock*, for appellant.

*J. Tom Morgan, District Attorney, Maria Murcier-Ashley, Gregory J. Lohmeier, Assistant District Attorneys*, for appellee.